1  BARRY J. PORTMAN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant CIEPIELA
6

**FILED**

NOV X 1 2011

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7
8           IN THE UNITED STATES DISTRICT COURT
9           FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,      ) No. CR-11-70143 MAG (JCS)
                                    )
12 |           Plaintiff,            ) STIPULATION AND [~~PROPOSED~~]
                                    ) ORDER TO CONTINUE AND
13 |    v.                           ) EXCLUSION UNDER THE SPEEDY
                                    ) TRIAL ACT AND RULE 5.1
14 | GEORGE CIEPIELA,                )
                                    )
15 |           Defendant.            )
                                    )
16

17    The parties jointly request that, subject to the Court's approval, the preliminary

18 hearing/arraignment presently set for November 2, 2011 be continued to November 18, 2011 at

19 9:30 am.

20    Defendant George Ciepiela is charged in a criminal complaint with possession of child

21 pornography. Mr. Ciepiela resides in Washington state and must fly to the Northern District of

22 California for each court appearance. The parties are in negotiations on a pre-indictment

23 resolution of the case. Additionally, defense counsel requires additional time to effectively

24 prepare the defendant's case, including investigation and legal research of matters critical to the

25 case. Accordingly, the parties jointly request that the preliminary hearing or arraignment be

26 continued from November 2, 2011 to November 18, 2011.

*US v. Ciepiela*, CR-11-70143 MAG (JCS);
STIP & [~~PROPOSED~~] ORD. TO CONTINUE          1

For the above reasons, the parties stipulate there is good cause – taking into account the public interest in the prompt disposition of this case – to extend the time limit under Federal Rule of Criminal Procedure 5.1 for the preliminary hearing or arraignment from November 2, 2011 to November 18, 2011.  The parties further agree that the time from November 2, 2011 to November 18, 2011 should be excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(b), and that failing to exclude that time would unreasonably deny the defendant and his counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The parties further agree that the ends of justice would be served by excluding the time from November 2, 2011 to November 18, 2011 from computation under the Speedy Trial Act and that the need for the exclusion outweighs the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

_November 1, 2011_  
DATED

/s  
OWEN MARTIKAN  
Assistant United States Attorney

_November 1, 2011_  
DATED

/s  
JODI LINKER  
Assistant Federal Public Defender

IT IS SO ORDERED.

_11/1/11_  
DATED

JOSEPH [C. Spero]  
United [States Magistrate Judge]

US v. Ciepiela, CR-11-70143 MAG (JCS);  
STIP & [PROPOSED] ORD. TO CONTINUE         2