1  GEOFFREY A. HANSEN
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant CIEPIELA
6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10

11 | UNITED STATES OF AMERICA,        )  No. CR-11-0851 EMC
                                      )
12 |         Plaintiff,                )  STIPULATION AND [PROPOSED]
                                      )  ORDER TO CONTINUE SENTENCING
13 |   v.                              )  HEARING
                                      )
14 | GEORGE CIEPIELA,                  )
                                      )
15 |         Defendant.                )
   |_____)
16

17       The parties jointly request that, subject to the Court's approval, the sentencing hearing

18 presently set for March 21, 2012 be continued to April 25, 2012 at 2:30 pm.

19       Defendant George Ciepiela pleaded guilty to possession of child pornography on

20 December 14, 2011.  At that time, the Court scheduled March 21, 2012 for the sentencing

21 hearing.  Unfortunately, defense counsel has had some difficulty scheduling the presentence

22 report interview and the interview is not scheduled until February 7, 2012.

23 ///

24 ///

25 ///

26 ///

*US v. Ciepiela,* CR-11-0851 EMC;
STIP & [PROPOSED] ORD. TO CONTINUE          1

1    Accordingly, to allow sufficient time for the report to be completed, the parties request
2 that the sentencing hearing be continued to April 25, 2012 at 2:30 pm.
3    IT IS SO STIPULATED.

5  January 30, 2012              /s/
   DATED                         OWEN MARTIKAN
6                                Assistant United States Attorney

8
   January 30, 2012              /s/
9  DATED                         JODI LINKER
                                 Assistant Federal Public Defender

11   IT IS SO ORDERED.

13   January 30, 2012
     DATED                       _____
14                               EDWARD M. CHEN
                                 United States District Judge

**IT IS SO ORDERED**

Judge Edward M. Chen

*US v. Ciepiela,* CR-11-0851 EMC;
STIP & [PROPOSED] ORD. TO CONTINUE         2